JS-6

FILED
CLERK, U.S. DISTRICT COURT

October 19, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>G STAGE LOVE.COM, INC.; *et al.*,<br><br>Defendants. | Case No 2:15-cv-08752-SJO-E<br>*Honorable S. James Otero Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS REMAINDER OF ACTION WITHOUT PREJUDICE** |

1

[PROPOSED] ORDER

ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The remaining claims in this action are hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

IT IS SO ORDERED.

October 19, 2016.
Date: _____     By: _____
HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE